IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:04CR43-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLAYTON DOYLE BULLIN, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion To Correct Federal Sentence Pursuant To Federal Rule Of Criminal Procedure 36," filed June 21, 2007 (Document #108), and the Government's Response In Opposition, filed July 9, 2007 (Document #110).

For the reasons stated within the Court's July 7, 2007 Memorandum and Order denying Defendant's Motion To Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255 (Document #111), Defendant is <u>not</u> entitled to the requested relief. In imposing sentence in this case, the undersigned adjusted Defendant Bullin's federal sentence to reflect that Defendant had, in fact, already served significant time in state custody for related conduct. See U.S.S.G. §5G1.3. As a result, the Court fully intended to impose a 60-month federal sentence, to run concurrent to the undischarged term of imprisonment (related state sentence of 70 months), amounting to a *total* term of imprisonment of 130 months. (Sentencing Hr'g Tr. at 11.)

**IT IS, THEREFORE, ORDERED** that Defendant's Motion is hereby **DENIED**.

Signed: October 23, 2007

Richard L. Voorhees
United States District Judge

1