**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO. 5:04-CR-43-RLV-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CLAYTON DOYLE BULLIN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Withdraw" (document #176) filed August 29, 2013. Defendant is charged with supervised release violations. The Court held a hearing in this matter on September 10, 2013.

During the course of the hearing, the Court heard from appointed counsel Jeremy Smith, Defendant, and the Government. Defendant also has pending state charges. Defendant states that it is improper for Mr. Smith to communicate with the attorney who represents him on the state charges. Defendant also states that Mr. Smith is devoting too much attention to the state matters. The Court advised Defendant that there is nothing improper about the two lawyers discussing his cases. In fact, communication and cooperation between the lawyers handling his cases benefits the Defendant. The Court also heard from Mr. Smith ex parte and at the bench concerning Defendant accusing counsel of unethical conduct. Mr. Smith represented that these accusations have compromised his ability to represent Defendant effectively. Based upon the foregoing, the Court grants the Motion to Withdraw and directs the Federal Defender to appoint new counsel.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees

**SO ORDERED**.

Signed: September 10, 2013

David S. Cayer
United States Magistrate Judge